# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SCOTT ERIC JARELS, ) | Civil Action No. 7:18-cv-00103 |
|     Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:   Norman K. Moon |
| NEW RIVER VALLEY REGIONAL ) | United States District Judge |
| JAIL MEDICAL DEPT. et al, ) | |
|     Defendant(s). ) | |

Scott Eric Jarels, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 8, 2018, the court directed plaintiff to submit within 7 days from the date of the Order a response as to whether or not plaintiff wished to proceed with the action or voluntary dismiss it. On May 21, 2018 that order was returned as undeliverable with no forwarding address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 7 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __22nd__ day of May, 2018.

                                                          */s/ Norman K. Moon*
                                            NORMAN K. MOON
                                            SENIOR UNITED STATES DISTRICT JUDGE